UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Hakimah Jabbar,

    Plaintiff,

    v.

Judge James L. Graham,

    Defendant.

Case No. 2:20-cv-6406

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

Magistrate Judge Jolson issued a Report and Recommendation ("R&R"), recommending that the Court dismiss Plaintiff's *pro se* Complaint as frivolous or malicious and barred by judicial immunity. R&R, ECF No. 6. Plaintiff has timely objected. Obj., ECF No. 7.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the R&R *de novo*. As there is no merit to Plaintiff's objections, they are **OVERRULED**. The R&R is **ADOPTED**. The Court **DISMISSES** Plaintiff's Complaint for the reasons stated in the R&R and **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith. Accordingly, the Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

The Clerk shall enter judgment accordingly and terminate this case.

**IT IS SO ORDERED.**

                                          */s/ Michael H. Watson*
                                          MICHAEL H. WATSON, JUDGE
                                          UNITED STATES DISTRICT COURT